**19-3160-MJ-LOUIS**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:18cr20-WKW-03 |
| | ) | |
| Travis Ian Wells | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Travis Ian Wells

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Pretrial Release Violation Petition
☐ Order of the Court

This offense is briefly described as follows:
1. New Law Violation – Unlawful License Tag Possession
2. New Law Violation – Possession of Cannabis/20grams or less
3. New Law Violation – Prowling/Loitering
4. Failure to Pay Special Assessment Fee
5. Failure to Maintain Regular Lawful Employment
6. Failure to Notify Probation Officer within 72 hours of being Arrested or Questioned by Law Enforcement
7. Failure to Notify Probation Officer within 72 hours of being Arrested or Questioned by Law Enforcement

COPY
ORIGINAL WARRANT ON FILE.
THIS COPY FOR INVESTIGATIVE
PURPOSES ONLY.

RECEIVED 2019 JUL -2 AM 10: 48

Date: 7/2/19

*Issuing officer's signature*

City and state: Montgomery, AL

Debra P. Hackett, Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

*Arresting officer's signature*

*Printed name and title*

Case 1:19-mj-03160-LFL   Document 1   Entered on FLSD Docket 07/22/2019   Page 2 of 5

Case 1:18-cr-00020-WKW-GMB   Document 113 *SEALED*   Filed

FILED BY ___YR___ D.C.
Jul 22, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

PROB 12C
(2/2016)

**United States District Court**

**19-3160-MJ-LOUIS**  for

**Middle District of Alabama**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Travis Ian Wells            Case Number: 1:18cr20-WKW-03

Name of Sentencing Judicial Officer:  The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence: June 27, 2018

Original Offense:  Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1343 & 18 U.S.C. § 1349

Original Sentence:  Fifteen (15) months followed by three (3) years of supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: December 21, 2018

Assistant U.S. Attorney:  Jonathan S. Ross           Defense Attorney:  William Wayne Whatley

---

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Violation No. 1— **Mandatory Condition:** "You must not commit another federal, state or local crime." | On or about March 22, 2019, in Miami-Dade, Florida, the defendant committed the offense of Unlawful License Tag Sticker Attached contrary to Florida Statute 320.261. |
| Violation No. 2— **Mandatory Condition:** "You must not commit another federal, state or local crime." | On or about March 28, 2019, in Broward County, Florida, the defendant committed the offense of Possession of Cannabis/20 grams or less, contrary to Florida Statute 893.13. |

ATTEST: A True Copy.
Certified to  7/2, 20 19.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
                    Deputy Clerk

RECEIVED 2019 JUL -2 AM 10:48

The Honorable W. Keith Watkins, U.S. District Judge
June 28, 2019
Page 2

RE: Wells, Travis Ian
    Dkt. # 1:18cr20-WKW-003
    **PROB 12C**

| | |
|---|---|
| **Violation No. 3— Mandatory Condition**: "You must not commit another federal, state or local crime." | On or about March 28, 2019, in Broward County, Florida, the defendant committed the offense of Prowling/Loitering contrary to Florida Statute 856.022. |
| **Violation No. 4— Special Condition**: "The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6; $100 special assessment and restitution in the amount of $134.82 is due immediately." | On June 27, 2018, a special assessment fee in the amount of $100.00 was ordered by the Court. The defendant has failed to satisfy the financial obligation as ordered. |
| **Violation No. 5— Standard Condition**: "You must work full time at a lawful type of employment, unless the probation officer excuses you from doing so.." | Since on or about December 21, 2018, the defendant has failed to work regularly as required. |
| **Violation No. 6— Standard Condition**: "If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours." | On or about March 22, 2019, the defendant was questioned by Broward County Sheriff's Office. Wells failed to advise the U.S. Probation Officer of his contact with law enforcement. |

The Honorable W. Keith Watkins, U.S. District Judge
June 28, 2019
Page 3

RE: Wells, Travis Ian
    Dkt. # 1:18cr20-WKW-003
    <u>PROB 12C</u>

Violation No. 7— On or about March 28, 2019, the defendant was arrested by Broward County Sheriff's Office. Wells failed to advise the U.S. Probation Officer of his arrest.
<u>Standard Condition</u>: "If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>6/28/2019</u>

by  <u>/s/ Windy Johnson</u>
      Senior United States Probation Officer
Date: June 28, 2019

Reviewed and approved by:   <u>/s/ David Ron Thweatt</u>
                                Supervisory U.S. Probation Officer

The Honorable W. Keith Watkins, US District Judge
June 28, 2019
Page 4

RE: Wells, Travis Ian
    Dkt. # 1:18cr20-WKW-003
    **PROB 12C**

---

THE COURT ORDERS:

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

 

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

July 2, 2019
Date